CA 06 103 ML

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | | | |
|---|---|---|---|
| **In re:** | **STEPHEN DAY and DONNA DAY** | : | **BK No.: 02-12967** |
| | **Debtors** | : | **Chapter 7** |
| **STACY B. FERRARA, TRUSTEE** | | : | |
| | **Plaintiff** | : | |
| | | : | |
| **v.** | | : | **A.P. No.: 04-01037** |
| | | : | |
| **NICKERSON COMMUNITY CENTER** | | : | |
| | **Defendant** | : | |

**NOTICE OF APPEAL**

1. Notice is hereby given that the defendant, Nickerson Community Center appeals under 28 U.S.C. §158(a) or (b) from the Order of the bankruptcy judge, granting Plaintiff's Complaint entered in this adversary proceeding on the 15th day of February, 2006.

2. The names of all parties to the judgment, order or decree appealed from and the names, addresses, telephone and fax numbers of their respective attorneys are as follows:

| | |
|---|---|
| Nickerson Community Center | Kevin D. Heitke, Esq.<br>POB 556<br>Harrisville, RI 02830-0556<br>401.567.0219<br>401.567.0799 FAX |
| Stacy B. Ferrara, Trustee | Lisa A. Geremia, Esq.<br>GEREMIA & DEMARCO<br>1350 Division Rd, Ste. 102<br>W. Warwick, RI 02893<br>401.885.1444<br>401.471.6283 |

Defendant
NICKERSON COMMUNITY CENTER
By its Attorney,

/s/ Kevin D. Heitke
Kevin D. Heitke - #4293
P.O. Box 556
1452 Broncos Hwy.
Harrisville, RI 02830-0556
(401) 567-0219
(401) 567-0799 FAX
DATED: February 25, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2005, I electronically filed Defendant's Notice of Appeal with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: United States Trustee, Lisa A. Geremia, Esq., Stacy Ferrara, Esq. and I hereby certify that I have mailed by United States Postal Service, postage pre-paid the document electronically filed with the Court to the following non CM/ECF participants: None.

/s/ Kevin D. Heitke