CA 06 103 ML

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 02-12967 AP 04-1037 [CA] [BAP] #__________

2. Title of Bankruptcy Case Stephen and Donna Day
Adversary: C/Stacy Ferrara v. Nickerson Community Center to Recover Property

3. Appellant: Nickerson Community Center
Name & Address of Counsel for Appellant(s):
Kevin Heitke, 1452 Broncos Highway, Suite 203
PO Box 556
Harrisville, RI 02830

4. Appellee: Stacy Ferrara, Trustee

Name & Address of Counsel for Appellee(s):
Lisa Geremia, Esq., Geremia & DeMarco
The Gardens Office Park I, 1350 Division Road, Suite 102, West Warwick, RI 02893

5. Additional Counsel: None

Office of the U. S. Trustee, 10 Dorrance Street,
Providence, RI 02903 (401) 528-5551

6. Related Case(s) on Appeal: Yes______ No x

7. Special Comments:__________