06 103 ML

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - -*

In re: Stephen and Donna Day :
Debtor(s

Stacy Ferrara, Trustee
Plaintiff :
v.
Nickerson Community Center :
Defendant

- - - - - - - - - - - - - - - - -*

BK No. 02-12967
AP 04-1037
Chapter 7

**TO: CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Transmitted herewith is:

__X__ Appeal Coversheet

__x__ The Notice of Appeal and Appellant's Election Form

__x__ Copy of Bankruptcy Court Order and Judgment dated 2/15/06

__X__ Certified Copy of docket.

_____ Other__________________________________________

Pursuant to Fed. R. Bankr. P. 8006, the Appellant's Designation of Record and Statement of Issues on Appeal is due on 3/7/06. The Appellee's Designation of Record and Statement of Issues on Appeal is due 10 days thereafter. See Fed. R. Bankr. P. 8006. Pursuant to Fed. R. Bankr. P. 8007, if a transcript is ordered by either party, the reporter has 30 days to complete the request unless a further extension is requested.

When the record is complete, it will be forwarded to the District Court.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 2/28/06

By: LLC
Deputy Clerk

**FEE_DEFERRED, TerminateDeadline, APPEAL**

**United States Bankruptcy Court**
**District of Rhode Island (Providence)**
**Adversary Proceeding #: 1:04-ap-01037**

*Assigned to:* Judge Arthur N. Votolato
*Related BK Case:* 02-12967
*Related BK Title:* Stephen Thomas Day and Donna Lee Day
*Demand:* $35000
*Nature of Suit:* 454

*Date Filed:* 08/06/04

**Plaintiff**
-----------------------

**Stacy B. Ferrara**
Coventry Commons
475 Tiogue Avenue
Suite 3
Coventry, RI 02816

represented by **Lisa A. Geremia**
Geremia & DeMarco
The Gardens Office Park I
1350 Division Road, Suite 102
West Warwick, RI 02893
(401) 885-1444
Fax : (401)471-6283
Email: lisa@geremiademarco.com
*LEAD ATTORNEY*

V.

**Defendant**
-----------------------

**Nickerson Community Center**
133 Delanie Street
Providence, RI 02909

represented by **Kevin D. Heitke**
1452 Broncos Highway - Suite 203
PO Box 556
Harrisville, RI 02830
(401) 567-0219
Email:
cmecfbankruptcy@kheitke.necoxmail.com

Attest a
True Copy
Deputy Clerk

**Trustee's Attorney**
-----------------------

**Lisa A. Geremia**
Geremia & DeMarco
The Gardens Office Park I
1350 Division Road, Suite 102
West Warwick, RI 02893
(401) 885-1444

| Filing Date | # | Docket Text |
|---|---|---|
| 08/06/2004 | 1 | 454 (Recover Money/Property): Complaint by Stacy B. Ferrara against Nickerson Community Center Fee Amount $0.00. Answer Due by:9/7/2004. U.S. Governmental Agency Answer due by 9/10/2004. (Geremia, Lisa). Modified on 8/6/2004 (Torres, Michelle). (Entered: 08/06/2004) |
| 08/06/2004 | 2 | Summons Issued on Nickerson Community Center Summons Issued (Geremia, Lisa) (Entered: 08/06/2004) |
| 08/06/2004 | 3 | Summons Service Executed on Nickerson Community Center 8/6/2004. Declaration re: Electronic Filing, Form P.4 Due By: 8/23/2004. (Geremia, Lisa) (Entered: 08/06/2004) |
| 08/09/2004 | | Judge Arthur N. Votolato added to case. (Cory, Lucinda) (Entered: 08/09/2004) |
| 08/10/2004 | 4 | Application to Defer Filing Fee Filed by Plaintiff Stacy B. Ferrara (related document(s)1 Complaint, filed by Plaintiff Stacy B. Ferrara). (Geremia, Lisa) (Entered: 08/10/2004) |
| 08/11/2004 | 5 | Order Granting Application to Defer Filing Fee (Related Doc # 4) . (Cory, Lucinda) (Entered: 08/11/2004) |
| 08/13/2004 | 6 | BNC Certificate of Mailing - PDF Document. Service Date 08/13/2004. (Related Doc # 5) (Admin.) (Entered: 08/14/2004) |
| 09/07/2004 | 7 | Motion to dismiss Count 1 of Plaintiff's Complaint Filed by Kevin D. Heitke on behalf of Nickerson Community Center. Objections to Motion Due: 9/20/2004. (Attachments: # 1 Memorandum of Law In Support of Defendant's Motion to Dismiss) (Heitke, Kevin) Modified text on 9/9/2004 (Venuti, Jody). (Entered: 09/07/2004) |
| 09/20/2004 | 8 | Stipulation By Plaintiff Stacy B. Ferrara, Defendant Nickerson Community Center (related document(s)7 Generic Motion, filed by Defendant Nickerson Community Center). Filed by Plaintiff Stacy B. Ferrara, Defendant Nickerson Community Center. (Attachments: # 1 Exhibit A) (Geremia, Lisa) (Entered: 09/20/2004) |
| 09/20/2004 | 9 | Amended Complaint against Nickerson Community Center (related document(s)1 Complaint, filed by Plaintiff Stacy B. Ferrara). Certificate of Service Due by:9/22/2004. (Geremia, Lisa) (Entered: 09/20/2004) |
| 09/20/2004 | 10 | Certificate of Service (related document(s)9 Amended Complaint |

| | | |
|---|---|---|
| | | filed by Plaintiff Stacy B. Ferrara). Filed by Plaintiff Stacy B. Ferrara. (Geremia, Lisa) (Entered: 09/20/2004) |
| 09/20/2004 | | Updated Answer Deadline. Answer Due from Nickerson Community Center related document(s)9 Amended Complaint filed by Plaintiff Stacy B. Ferrara. Answer Due by:10/20/2004. (Cory, Lucinda) (Entered: 09/22/2004) |
| 09/22/2004 | 11 | Order Granting Consent Stipulation on Motion to Dismiss Count I (related document(s)7 Generic Motion and 8 Stipulation ). (Cory, Lucinda) (Entered: 09/22/2004) |
| 09/24/2004 | 12 | BNC Certificate of Mailing - PDF Document. Service Date 09/24/2004. (Related Doc # 11) (Admin.) (Entered: 09/25/2004) |
| 10/20/2004 | 13 | Answer to Amended Complaint (Related Doc # 9) Filed by Nickerson Community Center. (Heitke, Kevin) (Entered: 10/20/2004) |
| 10/20/2004 | | Discovery Plan and Sched Order Deadlines set (related document(s)9 Amended Complaint filed by Plaintiff Stacy B. Ferrara). . Discovery Plan Due by:11/29/2004. Issue Scheduling Order on: 12/6/2004. (Cory, Lucinda) (Entered: 10/21/2004) |
| 11/10/2004 | 14 | Discovery Plan Filed by Plaintiff Stacy B. Ferrara and Defendant Nickerson Community Center. (Geremia, Lisa) Modified party filers on 11/12/2004 (McCurdy, Michelle). (Entered: 11/10/2004) |
| 11/16/2004 | 15 | Scheduling Order. Initial Disclosures by 1/7/05; Joinder of Parties/Amend Pleadings 2/11/05; Dispositive Motins and/or Pre-Trial Order due by 4/15/2005. Discovery due by 3/31/2005. If parties file a dispositive motion in lieu of JPTO, JPTO deadline will be reset. (Cory, Lucinda) (Entered: 11/16/2004) |
| 11/18/2004 | 16 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 15 Scheduling Order, ) Service Date 11/18/2004. (Admin.) (Entered: 11/19/2004) |
| 04/12/2005 | 17 | Motion to Extend Time until 5/27/05 to File Joint Pre-trial Order Filed by Trustee's Attorney Lisa A. Geremia (related document(s)15 Scheduling Order, ). (Geremia, Lisa) (Entered: 04/12/2005) |
| 04/19/2005 | 18 | Order Granting Motion to Extend Time to File Joint Pretrial Order . Updated Deadline Due By:5/27/2005. (Cory, Lucinda) (Entered: 04/19/2005) |
| 04/21/2005 | 19 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 18 Order on Motion to Extend Time) Service Date 04/21/2005. |

| | | |
|---|---|---|
| | | (Admin.) (Entered: 04/22/2005) |
| 05/20/2005 | 20 | Motion to Extend Time until 06/20/05 to File Dispositive Motions Filed by Trustee's Attorney Lisa A. Geremia (related document(s)15 Scheduling Order, ). (Geremia, Lisa) (Entered: 05/20/2005) |
| 05/24/2005 | 21 | Order Granting Motion to Extend Time to 6/20/05 for dispositive motions and 30 days after the entry of an order on any dispositive motion for the JPTO to be filed . Updated Deadline Due By:6/20/2005. (Cory, Lucinda) (Entered: 05/24/2005) |
| 05/26/2005 | 22 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 21 Order on Motion to Extend Time) Service Date 05/26/2005. (Admin.) (Entered: 05/27/2005) |
| 06/20/2005 | | Other Deadlines Updated (related document(s)1 Complaint, ). . Pre-Trial Order due by 7/21/2005. Joint Pretrial Order is due 30 days after an order on any dispositive motions; no dispositive motions filed; JPTO deadline set for 30 days and parties e-mailed. (Cory, Lucinda) (Entered: 06/20/2005) |
| 06/20/2005 | 23 | Motion For Summary Judgment Filed by Trustee's Attorney Lisa A. Geremia. Objections to Motion Due: 7/5/2005. (Attachments: # 1 Memorandum of Law) (Geremia, Lisa) (Entered: 06/20/2005) |
| 06/20/2005 | 24 | Stipulation of Facts By Trustee's Attorney Lisa A. Geremia, Defendant Nickerson Community Center (related document(s)23 Motion for Summary Judgment filed by Trustee's Attorney Lisa A. Geremia). Filed by Trustee's Attorney Lisa A. Geremia, Defendant Nickerson Community Center. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Geremia, Lisa) Modified text on 6/24/2005 (McCurdy, Michelle). (Entered: 06/20/2005) |
| 07/05/2005 | 25 | Objection Filed by Defendant Nickerson Community Center re 23 Motion for Summary Judgment filed by Trustee's Attorney Lisa A. Geremia). (Heitke, Kevin) (Entered: 07/05/2005) |
| 07/11/2005 | 26 | Hearing Set (related document(s 23 Motion for Summary Judgment filed by Trustee's Attorney Lisa A. Geremia), 25 Objection filed by Defendant Nickerson Community Center. Hearing scheduled for 8/3/2005 at 09:30 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 07/11/2005) |
| 07/13/2005 | 27 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 26 Hearing (AP), Hearing (AP)) Service Date 07/13/2005. (Admin.) (Entered: 07/14/2005) |
| | | |

| | | |
|---|---|---|
| 08/03/2005 | 28 | Hearing Continued re 23 Motion for Summary Judgment filed by Trustee's Attorney Lisa A. Geremia. 25 Objection filed by Defendant Nickerson Community Center. Hearing scheduled for 8/4/2005 at 11:00 AM at 6th Floor Courtroom. Parties given date in court. (Cory, Lucinda) (Entered: 08/05/2005) |
| 08/04/2005 | | Hearing Held re 23 Motion for Summary Judgment filed by Trustee, 25 Objection filed by Defendant Nickerson Community Center. APPEARANCES: Geremia, Heitke . The Court hearing argument and took the matter under advisement. (Cory, Lucinda) (Entered: 08/05/2005) |
| 08/05/2005 | | Matter Under Advisement Re:(related document:23 Motion for Summary Judgment filed by Trustee. Status Check re Matter Under Advisement on 10/4/2005. (Cory, Lucinda) (Entered: 08/05/2005) |
| 08/26/2005 | 29 | Order Denying Motion For Summary Judgment (Related Doc # 23) . Joint Pretrial Orde due 9/9/05. (Cory, Lucinda) (Entered: 08/26/2005) |
| 08/28/2005 | 30 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 29 Order on Motion For Summary Judgment) Service Date 08/28/2005. (Admin.) (Entered: 08/29/2005) |
| 09/09/2005 | 31 | Motion to Extend Time until October 24, 2005 to File Joint Pre-trial Order and Conduct Discovery Filed by Trustee's Attorney Lisa A. Geremia (related document(s)29 Order on Motion For Summary Judgment). (Geremia, Lisa) (Entered: 09/09/2005) |
| 09/14/2005 | 32 | Order Granting Motion to Extend Time to File JPTO . Updated Deadline , Joint Pretrial Order Due By:10/24/2005. (Cory, Lucinda) (Entered: 09/14/2005) |
| 09/16/2005 | 33 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 32 Order on Motion to Extend Time) Service Date 09/16/2005. (Admin.) (Entered: 09/17/2005) |
| 09/19/2005 | 34 | Objection Filed by Defendant Nickerson Community Center re 31 Motion to Extend Time 32 Order on Motion to Extend Time). (Heitke, Kevin) Modified on 9/20/2005 (Venuti, Jody). (Entered: 09/19/2005) |
| 09/30/2005 | 35 | Order Vacating Order # (re:32 Order Granting Motion to Extend Time to File JPTO . (Cory, Lucinda) (Cory, Lucinda) (Entered: 09/30/2005) |
| 09/30/2005 | 36 | Hearing Set (related document(s 31 Motion to Extend Time filed by Plaintiff, 34 Objection filed by Defendant Nickerson Community |

| | | |
|---|---|---|
| | | Center. Hearing scheduled for 10/13/2005 at 09:30 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 09/30/2005) |
| 10/02/2005 | 37 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 36 Hearing (AP)) Service Date 10/02/2005. (Admin.) (Entered: 10/03/2005) |
| 10/02/2005 | 38 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 35 Order Vacating Order) Service Date 10/02/2005. (Admin.) (Entered: 10/03/2005) |
| 10/13/2005 | | Hearing Held APPEARANCES: Geremia, Heitke . (related document (s)34 Objection filed by Defendant Nickerson Community Center, 31 Motion to Extend Time filed by Trustee's Attorney Lisa A. Geremia). Arguments by Geremia, Heitke re additional time for discovery. Parties agree depositions will be done by 11/9/05 and will file an order setting out deadlines and deadline for JPTO. Order Due by: 10/24/2005. (Cory, Lucinda) (Entered: 10/13/2005) |
| 10/24/2005 | 39 | Proposed Order After Hearing (related document(s)31 Motion to Extend Time filed by Trustee's Attorney Lisa A. Geremia). Filed by Trustee's Attorney Lisa A. Geremia. Status Check Due by:10/31/2005. (Geremia, Lisa) (Entered: 10/24/2005) |
| 11/04/2005 | 40 | Order Granting Motion to Extend Time . Updated Deadline. Discovery Due By:11/30/2005. (Cory, Lucinda) (Entered: 11/04/2005) |
| 11/06/2005 | 41 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 40 Order on Motion to Extend Time) Service Date 11/06/2005. (Admin.) (Entered: 11/07/2005) |
| 12/13/2005 | 42 | Joint Pre-Trial Order (related document(s)9 Amended Complaint ). Filed by Plaintiff Stacy B. Ferrara, Defendant Nickerson Community Center. (Geremia, Lisa) Modified on 12/14/2005 (Venuti, Jody). (Entered: 12/13/2005) |
| 12/22/2005 | 43 | Hearing Set (related document(s)9 Amended Complaint). Trial date set for 1/26/2006 at 09:30 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 12/22/2005) |
| 12/24/2005 | 44 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 43 Hearing) Service Date 12/24/2005. (Admin.) (Entered: 12/25/2005) |
| 01/26/2006 | 45 | Hearing held re 9 Amended Complaint. App: Geremia, Heitke. Opening statements. Heitke called Walter Stone out of order, cross by |

| | | |
|---|---|---|
| | | Geremia, redirect and recross. Stacy Ferrara cross by Geremia, redirect by Heitke. Geremia called Stephen Day, cross by Heitke, redirect. All Exhibits are full. Matter continued for final argument to 2/1/2006 at 11:00 AM at 6th Floor Courtroom. Any briefs due by noon on 1/31/06. (Cory, Lucinda) (Entered: 01/30/2006) |
| 01/31/2006 | 46 | Memorandum of Law (related document(s)9 Amended Complaint). Filed by Trustee's Attorney Lisa A. Geremia. (Geremia, Lisa) Modified on 2/1/2006 (Venuti, Jody). (Entered: 01/31/2006) |
| 01/31/2006 | 47 | Brief Filed by Defendant Nickerson Community Center (related document(s)9Amended Complaint). (Heitke, Kevin) Modified on 2/1/2006 (Venuti, Jody). (Entered: 01/31/2006) |
| 02/01/2006 | | Hearing Held re9 Amended Complaint. APPEARANCES: Heitke, Geremia . Court heard final arguments. Bench decision issued granting complaint. Geremia to submit an order. Order Due by: 2/13/2006. (Cory, Lucinda) (Entered: 02/01/2006) |
| 02/01/2006 | 48 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 45 Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 02/01/2006. (Admin.) (Entered: 02/02/2006) |
| 02/03/2006 | 49 | Proposed Order After Hearing (related document(s)9 Amended Complaint). Filed by Trustee's Attorney Lisa A. Geremia. Status Check Due by:2/8/2006. (Geremia, Lisa) (Entered: 02/03/2006) |
| 02/15/2006 | 50 | Order Granting 9 Amended Complaint. (Cory, Lucinda) (Entered: 02/15/2006) |
| 02/15/2006 | 51 | Judgment Order (re:50 Granting 9 Amended Complaint (Cory, Lucinda) (Entered: 02/15/2006) |
| 02/17/2006 | 52 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 51 Judgment Order (ap/bk)) Service Date 02/17/2006. (Admin.) (Entered: 02/18/2006) |
| 02/17/2006 | 53 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 50 Granting/Denying a Complaint) Service Date 02/17/2006. (Admin.) (Entered: 02/18/2006) |
| 02/25/2006 | 54 | Notice of Appeal. Fee Amount $;255 Filed by Kevin D. Heitke on behalf of Nickerson Community Center (related document(s)50 Granting/Denying a Complaint). Appellant Designation due by: 3/7/2006. (Heitke, Kevin) (Entered: 02/25/2006) |
| 02/25/2006 | 55 | Receipt of filing fee for Notice of Appeal(1:04-ap-01037) |

| | | |
|---|---|---|
| | | [appeal,ntcapl] ( 255.00). Receipt number 429841, amount $ 255.00. (U.S. Treasury) (Entered: 02/25/2006) |
| 02/27/2006 | 56 | Appellant District Court Election Filed by Kevin D. Heitke on behalf of Nickerson Community Center (related document(s)54 Notice of Appeal filed by Defendant Nickerson Community Center). Certificate of Service Due by:3/1/2006. (Heitke, Kevin) (Entered: 02/27/2006) |

06 103 ML

R.I. Bankr. Form S
See R.I. LBR 8001-1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: STEPHEN DAY and DONNA DAY
Debtor(s)

BK No. 02-12967
Chapter 7

# APPELLANT ELECTION FORM

Appeal of Order or Judgment of U.S. Bankruptcy Court, District of Rhode Island dated February 15, 2006, Doc. No. 50.

| APPELLANT(S) | APPELLEE(S) |
|---|---|
| NICKERSON COMMUNITY CENTER | STACY B. FERRARA, TRUSTEE |
| Attorney (Firm Name, Address, and Telephone No.)<br>Kevin D. Heitke, Esq.<br>POB 556<br>Harrisville, RI 02830-0556<br>401.567.0219 | Attorney (If known)<br>Lisa A. Geremia, Esq.<br>GEREMIA & DEMARCO, LTD.<br>1350 Division Road, Ste. 102<br>West Warwick, RI 02893<br>401.885.1444 |

☐ I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

☑ I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

By: /s/ Kevin D. Heitke
Signature of Attorney (or Appellant, if pro se)

Dated: February 25, 2006

CA 06-103ML

*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street, 6th Floor*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)528-4477*

---

In Re: **Stephen Thomas Day**
**Donna Lee Day**

Debtor(s)

BK No. **1:02-bk-12967**

Chapter

AP No. **1:04-ap-01037**

Judge: **Arthur N. Votolato**

**Stacy B. Ferrara**
Plaintiff(s)

v.

**Nickerson Community Center**
Defendant(s)

---

**JUDGMENT ORDER**

Pursuant to the order entered this date, judgment is hereby entered regarding;

**[50] Granting [9] Amended Complaint**

Judgment #: 1:04-ap-01037 - 51 - 50

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: **2/15/06**
Document Number: **51 - 50**

By: **LLC**
Deputy Clerk

judgmentap.jsp Form 406

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**In re:**

**STEPHEN DAY and DONNA DAY** **BK. 02-12967**
**Debtor** **CHAPTER 7**

**STACY B. FERRARA, TRUSTEE**
**Plaintiff**

**VS.** **A.P. No. 04-01037**

**NICKERSON COMMUNITY CENTER**
**Defendant**

**ORDER**

This matter came before the Court on January 26, 2006 on the Trustee's Amended Complaint to avoid and recover the value of a fraudulent transfer in the amount of $35,000.00 by the Debtor to the Defendant, and after a trial thereon, it is hereby ORDERED:

1. That the Trustee's Amended Complaint is hereby GRANTED;
2. That the Defendant, Nickerson Community Center, Inc., received an avoidable fraudulent transfer from the Debtor in the amount of $35,000.00; and
3. That the Defendant, Nickerson Community Center, is liable to the Plaintiff, as Trustee of the Debtor's bankruptcy estate, in the amount of $35,000.00.

Entered as an Order of this Court 15th day of February, 2006.

BY ORDER:

L. Cory

Clerk

Stephen Thomas Day and Donna Lee Day, Debtors BK. 02-12967
Stacy B. Ferrara, Trustee v. Nickerson Community Center A.P. 04-01037

ENTEI

Entered on Docket 2/15/06

Honorable Arthur N. Votolato

2/15/06

Submitted by:

Dated: February 3, 2006

/s/ Lisa A. Geremia
Lisa A. Geremia, Trustee [#5541].
GEREMIA & DE MARCO
The Gardens Office Park I
1350 Division Road, Suite 102
West Warwick, Rhode Island 02893
(401) 885-1444 Telephone
(401) 471-6283 Facsimile

**CERTIFICATION**

I hereby certify that on February 3, 2006, I electronically filed the within Proposed Order with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: The Office of the U.S. Trustee, Kevin D. Heitke, Esquire and Stacy B. Ferrara, Chapter 7 Trustee; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: Nickerson Community Center, c/o Joseph P. Curran, 1500 Fleet Center, Providence, Rhode Island, 02903.

/s/ Lisa A. Geremia