UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 02-12967 AP 04-1037 [CA] # 06-103ML
2. Title of Bankruptcy Case Stephen and Donna Day C/Stacy Ferrara v. Nickerson Community Center
3. Appellant: Nickerson Community Center

   Name & Address of Counsel for Appellant(s):

   Kevin Heitke, Esq.
   PO Box 556, 1452 Broncos Highway
   Harrisville, RI 02830
4. Appellee: Stacy Ferrara, Trustee

   Name & Address of Counsel for Appellee(s):

   Lisa Geremia, Esq.
   Geremia and DeMarco, The Gardens Office Park I
   1350 Division Road, Suite 102, W. Warwick, RI 02893
5. Additional Counsel:

   Office of the U. S. Trustee, 10 Dorrance Street,
   Providence, RI 02903 (401) 528-5551
6. Related Case(s) on Appeal: Yes_____ No X
7. Special Comments:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | | | |
|---|---|---|---|
| **In re:** | **STEPHEN DAY and DONNA DAY** <br> **Debtors** | : <br> : | **BK No.: 02-12967** <br> **Chapter 7** |
| **STACY B. FERRARA, TRUSTEE** <br> **Plaintiff** <br><br> **v.** <br><br> **NICKERSON COMMUNITY CENTER** <br> **Defendant** | | : <br> : <br> : <br> : <br> : <br> : <br> : | <br><br><br> **A.P. No.: 04-01037** |

**DEFENDANT'S FRBP RULE 8006 DESIGNATION OF RECORD**

Now comes Defendant, Nickerson Community Center, pursuant to FRBP Rule 8006 and hereby designates the following to be included in the record to be forwarded to the U.S. District Court for the District of Rhode Island:

1. Complete transcript of the trial on the merits and closing arguments, including all exhibits presented as evidence and in closing arguments.
2. Complete transcript of the hearing on Plaintiff's Motion for Summary Judgment and Defendant's Objection thereto.
3. All pleadings filed by both parties in the Adversarial Proceeding.
4. Deposition transcript of the Debtor, Stephen Thomas Day.
5. All schedules and amended schedules filed in Debtor's Bankruptcy Petition.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| In re: STEPHEN DAY and DONNA DAY<br>Debtors | : | BK No.: 02-12967<br>Chapter 7 |
| STACY B. FERRARA, TRUSTEE<br>Plaintiff<br><br>v.<br><br>NICKERSON COMMUNITY CENTER<br>Defendant | : | A.P. No.: 04-01037 |

Defendant
NICKERSON COMMUNITY CENTER
By its Attorney,

/s/ Kevin D. Heitke
Kevin D. Heitke - #4293
P.O. Box 556
1452 Broncos Hwy.
Harrisville, RI 02830-0556
(401) 567-0219
(401) 567-0799 FAX
DATED: February 25, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2006, I electronically filed Defendant's Designation of Record with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: United States Trustee, Lisa A. Geremia, Esq., Stacy Ferrara, Esq. and I hereby certify that I have mailed by United States Postal Service, postage pre-paid the document electronically filed with the Court to the following non CM/ECF participants: None.

/s/ Kevin D. Heitke