**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| In re: STEPHEN DAY and DONNA DAY | : | |
| NICKERSON COMMUNITY CENTER | : | |
| Appellant | : | |
| | : | |
| v. | : | C.A. 06-103ML |
| | : | |
| STACY B. FERRARA | : | |
| Appellee | : | |

**APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED**

Now comes Appellant, Nickerson Community Center, pursuant to and hereby supplies this Honorable Court with its Statement of Issues to be presented on Appeal:

1. Did the Bankruptcy Judge commit reversible error in erroneously shifting the burden of proof of a fraudulent transfer from Plaintiff to Defendant?
2. Even if Plaintiff can demonstrate that Debtor made the transfer without receiving a reasonably equivalent value in exchange for the transfer, Plaintiff has not demonstrated that Debtor was insolvent at that time or the Debtor became insolvent as a result of the transfer or obligation. Did the Bankruptcy Judge commit reversible error in holding that the Plaintiff established by a preponderance that Debtor was insolvent at the time of the subject transfer?

| | | |
|---|---|---|
| **In re: STEPHEN DAY and DONNA DAY** | : | |
| **NICKERSON COMMUNITY CENTER** | : | |
| **Appellant** | : | |
| **v.** | : | **A.P. No.: 04-01037** |
| **STACY B. FERRARA, TRUSTEE** | : | |
| **Appellee** | : | |

3. Pursuant to §548c and §550b of Title 11 of the United States Code, Defendant received the subject property for value and in good faith which works as an exception to the Trustee's avoidance power. There is no way that Defendant knew or should have known that Debtor was attempting to make a constructive fraudulent transfer. Did the Bankruptcy Judge commit reversible error in failing to address the good faith exceptions to the Trustee's avoidance powers?

Respectfully submitted,

Appellant
NICKERSON COMMUNITY CENTER
By its Attorney,

Kevin D. Heitke - #4293
P.O. Box 556
1452 Broncos Hwy.
Harrisville, RI 02830-0556
(401) 567-0219
(401) 567-0799 FAX
DATED: June 11, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2006, I mailed by first class mail, postage prepaid Appellant's Statement of Issues to be presented to Lisa A. Geremia, Esq., counsel for Appellee, Stacy Ferrara, Esq.