**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUL 12 2006
Property of U.S. District Court
District of Rhode Island

**In re: STEPHEN DAY and DONNA DAY :**

**NICKERSON COMMUNITY CENTER :**
**Appellant :**

**v. : C.A. 06-103ML**

**STACY B. FERRARA :**
**Appellee :**

## STIPULATION

The parties, by and through their respective counsel of record, hereby stipulate that Appellant's appeal may be dismissed with prejudice.

**Appellant**
**NICKERSON COMMUNITY CENTER**
By its Attorney,

Kevin D. Heitke - #4293
P.O. Box 556
1452 Broncos Hwy.
Harrisville, RI 02830-0556
(401) 567-0219
(401) 567-0799 FAX
DATED: June 20, 2006

**Appellee**
**STACY B. FERRARA**
By her Attorney,

Lisa Geremia (as directed KDH)

Lisa A. Geremia - #
GEREMIA & DEMARCO
The Gardens Office Park 1
1350 Division Road, Ste. 102
West Warwick, RI 02893
(401) 885.1444
(401) 471.6283
DATED: June 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2006, I mailed by first class mail, postage prepaid a true and accurate copy of Stipulation dismissing Appellant's Appeal to Lisa A. Geremia, Esq., GEREMIA & DEMARCO, The Gardens Office Park 1, 1350 Division Road, Ste. 102, West Warwick, RI 02893.

Enter: Mary M. Lisi
US DJ 7/12/06